# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA

**City** Lawrence

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf.    Case No.
Same Defendant    New Defendant
Magistrate Judge Case Number: 24-MJ-8155-PGL
Search Warrant Case Number: 24-8021-PGL, 24-8142-PGL
R 20/R 40 from District of

## Defendant Information:

**Defendant Name:** Luis Alfredo MARTE NOLASCO    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** Eduardo ORTIZ, Eduardo ORTIZ-CALIENDO, "Miles"

**Address:** (City & State) 209 Bailey Street, Lawrence, Massachusetts 01843

**Birth date (Yr only):** 1989    **SSN (last4#):**    **Sex** M    **Race:**    **Nationality:** Dominican Republic

**Defense Counsel if known:**    **Address:**

**Bar Number:**

## U.S. Attorney Information:

**AUSA** Annapurna Balakrishna    **Bar Number if applicable** 655051

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:

**Arrest Date:**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/20/2024    **Signature of AUSA:**

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Luis Alfredo MARTE NOLASCO

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Distribution and Possession with Intent to Distribute Controlled Substances | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribution and Possession with Intent to Distribute Controlled Substances | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____